UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
MICHAEL B. DORSEY,                        )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      Civil Action No. 07-0885 (PLF)
                                          )
AMERICAN EXPRESS CO., et al.,             )
                                          )
            Defendants.                   )
_____ )

ORDER

        For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that Citibank's Motion for Summary Judgment [38] is GRANTED

and judgment is entered for Citibank as to all claims; it is

        FURTHER ORDERED that Citibank's Motion for Rule 11 Sanctions, which it

raised in its Motion for Summary Judgment [38] is DENIED; and it is

        FURTHER ORDERED that the Clerk of the Court shall remove this case from the

docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

        SO ORDERED.

                                  /s/_____
                                  PAUL L. FRIEDMAN
                                  United States District Judge

DATE: January 29, 2010